```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT KANG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ROBERT KANG,<br><br>            Defendant.<br>_____ | No. CR. S-06-0385 WBS<br><br>**STIPULATION AND ORDER**<br>**CONTINUING HEARING**<br><br>Date:  August 13, 2007<br>Time:  8:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Robert Kang, that the hearing scheduled for August 13 may be converted to a status conference and continued to August 27, 2007, at 8:30 a.m.

The assigned prosecutor is presently in trial and therefore unable to conduct the hearing as scheduled. However, the parties intend to meet with the probation officer next week to discuss resolving the pending petition. Also, the probation officer has agreed to provide defense counsel copies of reports from his file that may facilitate a resolution.

/////

/////

Defense counsel has consulted with Mr. Kang who is willing to afford all counsel additional time to consider a resolution.

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:  August 8, 2007                  /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for ROBERT KANG


                                        McGREGOR SCOTT
                                        United States Attorney

Dated:  August 8, 2007                  /s/ T. Zindel for S. Flynn
                                        SEAN FLYNN
                                        Assistant U.S. Attorney


**O R D E R**

The hearing scheduled for August 13 is converted to a status conference and continued to August 27, 2007, at 8:30 a.m.

IT IS SO ORDERED.

Dated: August 10, 2007

                       _____
                       WILLIAM B. SHUBB
                       UNITED STATES DISTRICT JUDGE

Stip. and order                     -2-