# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**ROBERT KANG**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **2:06CR00385-01**

Tim Zindel, Assistant Federal Defender
Defendant's Attorney

**THE DEFENDANT:**

[✔] admitted guilt to violation of charge(s) __4__ as alleged in the violation superseding petition filed on _6/29/2007_.
[ ] was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on _____.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 4 | Possession of a Firearm | 7/3/2007 |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on _8/18/2004_.

The defendant is sentenced as provided in pages 1 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] Charge(s) __1, 2, and 3__ are dismissed, upon motion made by the Government.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

September 17, 2007
Date of Imposition of Judgment

*/s/ William B. Shubb/*
Signature of Judicial Officer

**William B. Shubb, United States District Judge**
Name & Title of Judicial Officer

September 28, 2007
Date

CASE NUMBER:        2:06CR00385-01                                                          Judgment - Page 2  of  2
DEFENDANT:          ROBERT KANG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  twelve (12)  months and one (1) day, with no further supervision to follow.

[✔]    The court makes the following recommendations to the Bureau of Prisons:   The Court recommends that the defendant be housed at the institution in Atwater, California, but only insofar as such recommendation is consistent with security classifications and space availability, and the need to have defendant made available for any state court proceedings that are pending at this time.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _____ on _____.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.
       If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S.  Marshal